## MARTHA MINNIS v. J. E. JORDAN.

REPLEVIN, brought before a justice of the peace of the city
of Emporia, Lyon county, by *Minnis* against *Jordan*, for the
recovery of a certain mule. Trial June 7, 1879, and judg-
ment for the plaintiff. Thereafter, the defendant took the
case by petition in error to the district court, wherein *Minnis*
moved the court to dismiss the cause and remand the same,
for the following reasons:

1. That no transcript of the proceedings containing the
final judgment sought to be reversed, is filed with the peti-
tion in error filed in this court.

2. That the records show that no motion for a new trial
was made before the justice of the peace trying the same.

January 7, 1880, the court overruled this motion, and
also conditionally reversed the judgment of the justice. *Min-
nis* brings the case to this court.

*Cunningham & McCarty*, for plaintiff in error.
*Bacheller & Bacheller*, for defendant in error.

*Per Curiam:* The judgment in this case will be reversed,
and the case remanded with instructions to the district court
to affirm the judgment of the justice. This decision is based
upon the case of *Jackson v. Stoner*, 17 Kas. 605.